ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Lockheed Martin Corporation, Missiles and Fire Control | ) ASBCA No. 61237 |
| | ) |
| | ) |
| Under Contract Nos.  W31P4Q-08-C-0021 | ) |
|   W31P4Q-05-C-0018 | |
|   DAAH01-03-C-1054 | |
|   DAAH01-03-C-0171 | |
|   W31P4Q-11-C-0166 | |
|   W31P4Q-15-C-0103 | |
|   W31P4Q-12-C-0151 | |

APPEARANCES FOR THE APPELLANT:     Brian T. McLaughlin, Esq.
John E. McCarthy, Jr., Esq.
Jonathan M. Baker, Esq.
Christopher D. Garcia, Esq.
  Crowell & Moring LLP
  Washington, DC

Thomas A. Lemmer, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
  Army Chief Trial Attorney
Zachary Jacobson, Esq.
Harry M. Parent, III, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The government and appellant Lockheed Martin Corporation, Missiles and Fire Control, acting on behalf of Aerojet Rocketdyne, Inc., are commended for resolving the underlying dispute.  Appellant's unopposed motion to dismiss the appeal as settled is granted.  The appeal is dismissed with prejudice.

Dated:  October 6, 2020

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61237, Appeal of Lockheed Martin Corporation, Missiles and Fire Control, rendered in conformance with the Board's Charter.

Dated: October 6, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals